FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES ELLIS, | |
| Plaintiff, | No. 2:20-CV-00454-SAB |
| v. | |
| CBB COLLECTIONS, INC., | **ORDER DISMISSING CASE** |
| Defendant. | |

Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 7. Plaintiff states that he is voluntarily dismissing the action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the notice of dismissal and dismisses this case.

//
//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1.    The above-captioned matter is **DISMISSED with prejudice**. Each party is responsible for their own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 19th day of July 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** # 2